**STATE of Missouri, Respondent,**

v.

**William B. HAMBY, Appellant.**

**No. ED 89899.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 2, 2008.

Kent Denzel, Assistant Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J.,
LAWRENCE E. MOONEY, J., and
GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

William B. Hamby appeals the trial court's judgment entered after a jury found him guilty of stealing, resisting arrest, and third-degree assault of a law enforcement officer. We have reviewed the briefs of the parties and the record on

appeal and find no error of law. No juris-prudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b)